**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| E.M.M., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 7:26-cv-350-WLS |
| | : | 28 U.S.C. § 2241 |
| CODY YOUGHN, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner E.M.M. filed an application for habeas corpus relief under 28 U.S.C. § 2241 on November 3, 2026. (ECF No. 1). In addition to the petition, Petitioner filed an emergency motion for temporary restraining order (ECF No. 2), in which he asks the Court to enter a stay prohibiting his removal from the United States while the Court resolves his petition for habeas corpus. Petitioner contends that his removal should be stayed while he pursues remedies related to his victim-based status and pending applications for U- and T-visas. Petitioner further argues that consideration of his U- and T-visa petition will be governed by a preliminary stay order entered in *Immigration Center for Women and Children v. Noem*, No. 2:25-cv-9848-AB-AS, 31 F.R.D. 324 (C.D. Cal. May 20, 2026) ("ICWC").

On initial review, it is not clear that this Court has jurisdiction over the matter in light of the jurisdictional provisions of 8 U.S.C. § 1252(b)(9). In addition, the relief Petitioner seeks may be more properly sought through the court that has jurisdiction over the class action in ICWC. Nevertheless, at this early stage, the risks to Petitioner of premature removal before this matter can be resolved outweigh the costs to the Respondents of any delay. A stay of removal is therefore necessary to preserve the status quo until the matter can be fully briefed and considered by the Court.

Accordingly, Petitioner's motion for temporary restraining order (ECF No. 2) is hereby **GRANTED.** Respondents are restrained from any action to remove Petitioner from the United States until further order of the Court. Petitioner shall have 14 days from the date of this Order to seek relief in the ICWC class action matter or to file any supplemental brief addressing this Court's jurisdiction. Respondents shall have 21 days from the date of this Order to file any response.

**SO ORDERED**, this 5th day of November, 2026.

W. Louis Sands, Sr. Judge
United States District Court